IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN PATRICK JARRARD, #305669, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 1:18-cv-949-ECM |
| | ) | |
| JAMES BRAZIER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

On May 24, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 23). After an independent review of the record, and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1. The United States Magistrate Judge's Recommendation (doc. 23) be and is hereby ADOPTED.

2. Defendants' Motion to Dismiss (doc. 18) be and is hereby GRANTED to the extent that the Defendants seek dismissal of this case due to the Plaintiff's failure to properly exhaust the administrative remedy previously available to him at the Houston County Jail prior to initiating this cause of action.

3. This case be and is hereby DISMISSED with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the Plaintiff's failure to properly exhaust an administrative remedy before seeking relief from this Court.

4. Other than the filing fee assessed in this case, no further costs are taxed.

A separate Judgment will be entered.

DONE this 21st day of June, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE